Entered on Docket
June 08, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 8, 2018

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Kelsey Luu (SBN 315593)
KLuu@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant,
Wells Fargo Bank, N.A.

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CHRISTINA MRDUTT and<br>DAVID MRDUTT,<br><br><br><br><br><br><br><br><br>Debtors. | Case No. 11-61029-HLB<br><br>Chapter 13<br><br>R.S. No. KXL - 038<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing**:<br>Date: June 6, 2018<br>Time: 11:30 a.m.<br>Ctrm: 214<br>1000 South Main, Room 214<br>Salinas, CA 93901 |

The above-captioned matter came for hearing on June 6, 2018, at 11:30 a.m., in Courtroom 214, upon the Motion of Wells Fargo Bank, N.A. ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Christina Mrdutt and David Mrdutt ("Debtors") commonly known as 306 5th Street, San Juan Bautista, California 95045 (the "Real Property"), which is legally described as follows:

> SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 117.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1) The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2) Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3) The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is NOT waived;

4) Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

5) Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case;

6) Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7) This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

**COURT SERVICE LIST**